THE PEERLESS PATTERN COMPANY, Respondent, v. THE McCLURE PUBLICATIONS, INCORPORATED, Appellant.

*Peerless Pattern Co.* v. *McClure Publications, Inc.*, 176 App. Div. 913, affirmed.

(Argued February 4, 1919; decided February 25, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered February 17, 1917, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term. The action was brought to obtain an injunction to restrain defendant from breaching a written contract for publication in a monthly magazine known as " The Ladies World " of dress patterns. The trial court denied the prayer for an injunction but granted damages.

*J. Boyce Smith, Jr.*, for appellant.

*Frederick P. Whitaker* and *Noah A. Stancliffe* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, HOGAN, CARDOZO, POUND and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.